IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRY MICHAEL DENTLER,
                Appellant,
      vs.
THE STATE OF NEVADA,
                Respondent.

No. 79210

FILED

MAY 0 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

On December 28, 2019, counsel for appellant filed a suggestion of appellant's death on the record. On January 16, 2020, this court entered an order instructing that appellant's personal representative, if any, should file a motion for substitution in this court pursuant to NRAP 43 by April 15, 2020, if he or she wished to proceed with this appeal. *See* NRAP 43(a); *Brass v. State*, 129 Nev. 527, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 158, 160 (1951) ("Upon the death of a party . . . the [action] cannot proceed until someone is substituted for the decedent . . ."). This court cautioned that if no personal representative was substituted within that time, this appeal would be dismissed. *See Brass*, 129 Nev. at 530, 306 P.3d at 395. To date, no personal representative has filed a motion

20-17469

for substitution or otherwise communicated with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Robert W. Lane, District Judge
     Brent D. Percival
     Attorney General/Carson City
     Nye County District Attorney
     Nye County Clerk